UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RASHEEDAH HAMILTON,<br><br>               Plaintiff,<br><br>     v.<br><br>MEALTHY, INC.,<br><br>               Defendant. | No. 1:22-cv-01459-SKO<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc.23) |

On April 3, 2025, Plaintiff filed a "Notice of Dismissal," in which Plaintiff notifies the Court that this case is voluntarily dismissed with prejudice. (Doc. 23.) Plaintiff filed this notice before the opposing party served either an answer or a motion for summary judgment. As such, Plaintiff has voluntarily dismissed this matter with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. The Court therefore DIRECTS the Clerk of Court to close this case.

IT IS SO ORDERED.

Dated:  **April 4, 2025**                         /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE